WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Brian Kummer, | No. CV-18-02338-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Charles Ryan, et al., | |
| Respondents. | |

On June 17, 2019, Petitioner filed a 44-page objection to the Magistrate Judge's Report and Recommendation. (Doc. 25). Two days later, Respondents filed a motion to strike the objection. As pointed out by Respondents, Local Rule 7.2(e)(3) requires an objection be no more than ten pages absent permission from the Court. (Doc. 26). In his opposition to the strike, Petitioner requests the Court either allow his lengthy objection or grant him time to submit a ten-page objection. (Doc. 27).

Given the number of claims Petitioner is pursuing, his current objection will be accepted. Respondents will be given additional time in which file their response to the objection.

Accordingly,

**IT IS ORDERED** the Motion to Strike (Doc. 26) is **DENIED**.

…

…

…

1      **IT IS FURTHER ORDERED** no later than **July 26, 2019**, Respondents shall file their response to the objection. That response shall be no more than 20 pages.

Dated this 3rd day of July, 2019.

                                                Honorable Roslyn O. Silver
                                                Senior United States District Judge